# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————————

No. 96-2105

—————————

Duane Donaldson,                  *
                                         *
        Appellant,          *
                                         * Appeal from the United States
    v.                         * District Court for the
                                         * District of Nebraska.
United States of America,     *
                                         *           **[UNPUBLISHED]**
        Appellee.           *

—————————

Submitted: February 18, 1997

Filed: February 28, 1997

—————————

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

—————————

PER CURIAM.

Duane D. Donaldson appeals the district court's[1] dismissal of his 28 U.S.C. § 2255 motion challenging his 18 U.S.C. § 924(c) conviction. Having reviewed the record and the parties' briefs on appeal, we conclude that the district court properly denied relief and that no further discussion is warranted. See Bousley v. Brooks, 97 F.3d 284, 287-88 (8th Cir. 1996). Accordingly, we affirm. See 8th Cir. R. 47B.

————————————————————

[1]The HONORABLE WILLIAM G. CAMBRIDGE, Chief Judge, United States District Court for the District of Nebraska.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.